**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:08-CV-111-RLV-DCK**

| | | |
|---|---|---|
| **TIM JENKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PALISADES COLLECTION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Stay Initial Attorney's Conference" (Document No. 5) filed November 18, 2008.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and noting the Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Stay Initial Attorney's Conference" (Document No. 5) is **GRANTED**.  The parties shall file a joint stipulation of dismissal or their report of an initial attorney's conference on or before **December 19, 2008**.

Signed: November 18, 2008

_____

David C. Keesler
United States Magistrate Judge